**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 14-22060-CIV-Altonaga/O'Sullivan

DIEGO HURTADO,

Plaintiff,

v.

BILL USSERY MOTORS OF CUTLER BAY, LLC.

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, DIEGO HURTADO, and Defendant, BILL USSERY MOTORS OF CUTLER BAY, LLC., in accordance with the parties' written agreement, stipulate to the dismissal with prejudice of this action against named Defendant.

Respectfully submitted this 19th of September, 2014.

| For the Plaintiff: | For the Defendant: |
|---|---|
| Disability Independence Group, Inc. | Kurkin Brandes LLP |
| 2990 Southwest 35th Avenue | 18851 NE 29th Avenue |
| Miami, Florida 33133 | Aventura, Florida 33180 |
| T: (305) 669-2822 | T: (305) 929-8500 |
| F: (305) 442-4181 | F: (954) 206-0214 |
| Email: RGoldstein@justdigit.org | Email: mbrandes@kb-attorneys.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | |
| /s/ Matthew W. Dietz | /s/ Marc E. Brandes |
| Matthew W. Dietz, Esq. | Marc E. Brandes, Esq. |
| Florida Bar No. 0084905 | Florida Bar No. 866423 |
| Rachel L. Goldstein, Esq. | |
| Florida Bar No. 0095973 | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 19th, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing to: Marc E. Brandes, Kurkin Brandes LLP, 18851 NE 29th Avenue, Aventura, Florida 33180.

> DISABILITY INDEPENDENCE GROUP
> 2990 Southwest 35th Avenue
> Miami, Florida 33133
> T: (305) 669-2822 / F: (305) 442-4181
> E-Mail: rgoldstein@justdigit.org
>
> By:     /s/ Matthew W. Dietz
>         Matthew W. Dietz, Esq.
>         Florida Bar No. 84905
>         Rachel L. Goldstein, Esq.
>         Florida Bar No. 95973